AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Christopher Young
_____
Plaintiff(s)

v.

Onika tanya Maraj-Petty
_____
Defendant(s)

Civil Action No. AAQ 24 CV 2279

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Onika Tanya Maraj-Petty
6801 Cherryfield Rd.
Fort Washington, MD 20774

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Christopher Young
5856 East Boniwood Turn
Clinton, MD 20735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date   8/14/2024
_____
                                                                    *Signature of Clerk or Deputy Clerk*